IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____ DIVISION

*(Write the District and Division, if any, of*
*the court in which the complaint is filed.)*

GARY PATRICK MCKEE

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint.  If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**-against-**

UNITED STATES DEPARTMENT
OF JUSTICE   ET AL,
(LORETTA LYNCH) US ATTORNEY

*(Write the full name of each defendant who is*
*being sued.  If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

Case: 1:16-cv-01674   Jury Demand
Assigned To : Moss, Randolph D.
Assign. Date : 8/17/2016
Description: Pro Se Gen. Civil (F Deck)

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

RECEIVED
Mail Room

AUG - 1 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                    *Gary Patrick McKee*

Street Address          *920 Breezy Acres Road*

City and County         *Pensacola,*

State and Zip Code      *Florida 32534*

Telephone Number        *850-478-2922*

E-mail Address          *garypmckee @ ATT. NET*

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name                    *United States Dept of Justice*

Job or Title            *Attorney General US*
(if known)

Street Address          *950 Pennsylvania Ave N.W.*

City and County         *Washington*

State and Zip Code      *D.C.  20530*

Telephone Number        *202-514-2000*

E-mail Address
(if known)

Defendant No. 2

Name                    *Gary Abramson*

Job or Title            *President - Tower Companies*
(if known)

Street Address          *2000 Tower Oaks Blvd. Ninth Floor*

City and County         *Rockville, Maryland*
                        *20852*

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _John Foster_

Job or Title _Attorney_
(if known)

Street Address _4425 Military Trail #109_

City and County _Jupiter_

State and Zip Code _Fl. 33458_

Telephone Number _561-799-6797_

E-mail Address _____
(if known)

Defendant No. 4

Name _Lance Fuchs_

Job or Title _Attorney_
(if known)

Street Address _4425 Military Trail #109_

City and County _Jupiter_

State and Zip Code _Fl. 33458_

Telephone Number _561-799-6797_

E-mail Address _____
(if known)

_Et Al._

_Other Defendants_

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*YES NO DIVERSITY OF Citizenship*

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* *Gary P. McKee*, is a citizen of the State of *(name)* *FLORIDA*.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* *Loretta Lynch*, is a citizen of the State of *(name)* *WASHINGTON, D.C.*. Or is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* *Gary ABRAMSON*, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* *Rockville, MD.*   . Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

TOWER COMPANIE'S STOLE MILLIONS IN RENT
TOP 4 FLOORS OF 12 STORY BUILDING AT 1828 L
ST N.W. WASH. D.C. MASSIVE FRAUD, KICKBACKS
PAYOFFS ETC.

**III.   Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

GARY MCKEE, STOCKHOLDER WITH "FORMER" WASHINGTON
AUTOMOTIVE CORPORATION WHO OWNED PROPERTY AT 1828
L ST N.W. WASH D.C. TOWER COMPANIES WAS THE
COMPANY LEASING THE BUILDING ON A 99 YEAR LEASE.
TOWER USED ALL THEIR POLITICAL POWER AND INFLUENCE
WITH DC JUDGES AND DEPT OF JUSTICE TO SHUT
DOWN THE MCKEE FAMILIES ABILITY TO MAKE
MONEY!                                    (CONTINUED)

5

Sonny Abramson the father who started Tower Companies had his personal signature on the contract and he wanted our land because he owned everything around it on 17th, 18th, 19th and Conneticut Ave.

Shale Stiller, was our corporate attorney my father fired him on his death bed. Stiller did not make sure we were getting paid on all 12 floors. He was helping his close Jewish friend.

John Foster and Lance Fuchs were hired by Dick McKee Jr. who was paid Millions under the table by Tower. They work in same law firm one worked (Foster) the corporation, the other (Fuchs) attorney for widow Mrs. Richard McKee 85 years old. They colluded with each other and worked hand in hand with government to destroy a great family — Eric Holder is a disgrace to the legal system.

This is like Madoff case and corruption and Enron but in Washington D. C. Will explain in great detail.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE LAND AT 1828 L ST N.W. WASHINGTON D.C. AND THE ADDITIONAL PARCELS THAT HAD TO BE PURCHASED IN THE BEGINNING OF THE CONTRACT BE GIVEN BACK TO THE McKEE FAMILY (GARY McKEE) UNTIL SUCH TIME TO START NEW CORPORATION. I'M ALSO ASKING 900 MILLION DOLLARS IN DAMAGES FOR MASSIVE FRAUD.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 30, 20 16

Signature of Plaintiff

Printed Name of Plaintiff   GARY PATRICK McKEE

B. **For Attorneys**

Date of signing: N/A, 20 .